**MARK A. KIRKORSKY, P.C.**
ATTORNEYS AT LAW
P.O. Box 25287
Tempe, Arizona 85285-5287
Tel:    (480) 551-2173
Fax:    (480) 922-5501

Mark Kirkorsky (#010029)
mark@collectionstatus.com
Tara K. Miller (#024742)
tara@collectionstatus.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **ROBERT MCDONALD,** | Case No.  2:10-cv-01712-LOA |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **LAW OFFICES OF MARK A. KIRKORSKY,** | |
| Defendant. | |

    Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of this action as to all claims and all parties, with each party to bear its own costs and attorney's fees.

    DATED this 21st day of October, 2010.

MARK A. KIRKORSKY, P.C.                    KROHN & MOSS, LTD.

By:____*/s/ Mark Kirkorsky*_____         By:___/s/ Ryan Lee_____
    Mark Kirkorsky                             Ryan Lee
    P.O. Box 25287                             10474 Santa Monica Blvd., Suite 401
    Tempe, Arizona 85285-5287                  Los Angeles, CA 90025
    Attorneys for Defendant                    Attorneys for Plaintiff