IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert McDonald,<br><br>                    Plaintiff,<br><br>vs.<br><br>Law Offices of Mark A. Kirkorsky,<br><br>                    Defendant. | No. CV-10-1712-PHX-LOA<br><br>**ORDER** |

The Court has received the parties' Stipulation for Dismissal With Prejudice. (Doc. 17)

**IT IS ORDERED** that the parties Stipulation for Dismissal With Prejudice, doc. 17, is **GRANTED**.

**IT IS FURTHER ORDERED vacating** the Rule 16 Scheduling Conference scheduled for October 22, 2010 at 10:00 a.m.

**IT IS FURTHER ORDERED dismissing** this matter with prejudice as to all claims and all parties, with each party to bear their own costs and attorney's fees.

DATED this 21st day of October, 2010.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge